USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
NASER DERVISEVIC, on behalf of himself
and others similarly situated,

                           Plaintiff,

           -against-                         19-cv-814 (VEC)

WOLFGANG'S STEAKHOUSE, INC. and        ORDER
WOLFGANG ZWIENER, REX
FERATOVIC, ZIJO MUSIC, PETER
ZWIENER, and STEVEN ZWIENER,

                           Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 15, 2019, the parties in this case and the plaintiff in *Delijanin v. Wolfgang's Steakhouse, Inc.*, 18-cv-7854, appeared for a conference with this Court, Dkt. 42;

WHEREAS the Court had ordered Plaintiff to show cause why the Court should not stay this case until there has been a decision on the motion for collective and class certification in *Delijanin*, Dkt. 40;

WHEREAS Plaintiff stated on the record that he wishes to withdraw his motion for conditional certification of a FLSA collective, *see* Dkt. 26;

WHEREAS the Court also had ordered Plaintiff to show cause why his state law discrimination claims should not be dismissed for lack of supplemental jurisdiction, Dkt. 22;

IT IS HEREBY ORDERED that Plaintiff's motion for conditional certification of a FLSA collective is DENIED as moot.

IT IS FURTHER ORDERED that discovery is stayed until the Court decides whether it has supplemental jurisdiction over Plaintiff's state law discrimination claims.

The Clerk of Court is respectfully directed to close the open motion on Dkt. 26.

**SO ORDERED.**

**Date: November 15, 2019**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**